1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL GARCIA, | ) | Case No: 2:14-cv-00204-SS |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER GRANTING** |
| vs. | ) | **STIPULATION RE: DISMISSAL** |
| | ) | **OF ENTIRE ACTION AND ALL** |
| PERFORMANT RECOVERY, INC.; | ) | **PARTIES WITH PREJUDICE** |
| and DOES 1 to 10, inclusive, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Court has reviewed the Stipulation of Plaintiff MICHAEL GARCIA and Defendant PERFORMANT RECOVERY, INC. to dismiss with prejudice the above-entitled action, in its entirety. Pursuant to the Joint Stipulation between parties, the Court orders as follows:

/ / /

/ / /

/ / /

---

{00015052;1}
07748.00

- 1 -

[PROPOSED] ORDER RE: STIPULATION RE DISMISSAL
CASE NO: 2:14-cv-00204-SS

1  That the above-entitled lawsuit is hereby dismissed, with prejudice, pursuant

2  to FRCP 41(a)(1)(A)(ii).  Each Party shall bear its own costs and expenses.

**IT IS SO ORDERED**

DATED: 3/13/14                               /S/
                            ─────────────────────────────
                            UNITED STATES MAGISTRATE JUDGE
                            SUZANNE H. SEGAL